**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Terri JoAnne Kahla | |
| | **Debtor(s)** | Case No.: 16–33930 |
| | | Chapter: 7 |

ENTERED
09/28/2016

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Lowell T Cage is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 9/28/16

MARVIN ISGUR
United States Bankruptcy Judge